**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1992

JULIAN R. ASH,

Plaintiff - Appellant,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:22-cv-00649-GLR)

Submitted:  March 28, 2024                                Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Julian R. Ash, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian R. Ash appeals the district court's orders dismissing his civil action and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Ash v. Off. of Personnel Mgmt.* No. 1:22-cv-00649-GLR (D. Md. Apr. 28, 2023; Nov. 21, 2023). We deny Ash's motion for a stay and for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*